**Dismissed and Opinion Filed March 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01597-CR
### No. 05-14-01598-CR

**STEVEN ALAN MORROW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause Nos. 063111, 064642**

## MEMORANDUM OPINION
Before Justices Bridges, Fillmore, and Brown

Appellant has filed motions to dismiss the appeals. Appellant's counsel has approved the motions. The Court **GRANTS** the motions and **ORDERS** that the appeals be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
141598F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

STEVEN ALAN MORROW, Appellant

No. 05-14-01597-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 59th Judicial District
Court, Grayson County, Texas
Trial Court Cause No. 063111.
Opinion delivered per curiam before Justices
Bridges, Fillmore and Brown.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered March 16, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

STEVEN ALAN MORROW, Appellant

No. 05-14-01598-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 59th Judicial District Court, Grayson County, Texas
Trial Court Cause No. 064642.
Opinion delivered per curiam before Justices Bridges, Fillmore, and Brown.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered March 16, 2015.